USDCA 40 (1/89)

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

Unite States of America
_____
Plaintiff,

vs.

Marco Rivera
_____
Defendant

APPLICATION FOR APPOINTMENT
OF COUNSEL

Case No. A03-0109 CR _____ (RRB)

1. Name of applicant (print neatly): Marco A. Rivera

   Address: 1000 Jim Hammock Dr
   Mc Rae GA 31055

   Phone Number: _____

2. Explain what your cause of action is against the opposing party.
   (Use additional paper if necessary.)

   I'm file a motion 2255 attakin sentence base in effetive assistance of counsel at the sentence hering and when counsel bargiened the plea agreement

3. Explain why you feel you need a lawyer in this case.
   (Use additional paper if necessary.)

   I need a Lawyer becouse my limitetion of answer motion on ligal matter and limitetion of language.

4. Explain what steps you have taken to find an attorney and with what results.
   (Use additional paper if necessary.)

   I did not toke any step to find a attorney becouse, I dont have any way to afford a attorney.

5. If you need a lawyer who speaks a language other than English, please specify.

   yes, if the court appoint me a Lawyer, it will be better to speak the spanish language.

Continued to next page

Please read the following carefully:

I declare under the penalties of perjury that my answers to the foregoing questions are true and correct to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns either from me or elsewhere that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Financial Affidavit are false, my case can be dismissed.

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Rules Governing Procedures for Appointment of Attorneys in Pro Se Civil Actions in the U.S. District Court. I understand that if the attorney appointed to my case should wish to be relieved of the appointment at any time, his or her Application for Relief will be a privileged Court document and will not be used in the litigation of this case.

I understand that making the application does not excuse me in a Social Security case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

I understand that if the Court appoints counsel to represent me in a Social Security Case, and I am successful, the assigned attorney has the statutory right to request that the Court award a fee of up to 25% of accrued Social Security or Supplemental Security Income benefits.

11-28-05
Date

_____
Signature

Application for Appointment of Counsel

# FINANCIAL AFFIDAVIT
CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Unite state of America vs. Marco Rivera
FOR: United States Court of the District of Alaska

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): Marco A Rivera

- 1 ☐ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☒ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**CHARGE/OFFENSE**: ☒ Felony  ☐ Misdemeanor

**DOCKET NUMBERS**
- Magistrate:
- District Court: 240
- Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- Name and address of employer: 
- IF YES, how much do you earn per month? $ 
- IF NO, give month and year of last employment. How much did you earn per month? $ 
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ 
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 20.00  SOURCES: From My Sister

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☐ No  IF YES, state total amount $ 

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Sears | $ 2,000 | $ |
| | Paying court fee every 3 months | $ 25.00 | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 28-28-05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]