**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

UNITED STATES v. MARCO RIVERA

Case No. *A03-109-02 CR (RRB/JDR)*
[*3-03-00109-02-CR-RRB-JDR*]

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

---

**MINUTE ORDER FROM CHAMBERS**

**RE: Application for Appointment of Counsel, Docket No. 245A**

Defendant **Marco Rivera's** application for appointment of counsel, Docket No. 245A is hereby conditionally granted. The Federal Public Defender shall designate staff counsel or a member of the CJA Panel to represent the defendant in his habeas matter. Appointed counsel shall assist the defendant in completing and filing an amended CJA23 form to include an answer to the question relating to "Assets."

Counsel for defendant shall also review the record, confer with defendant and file on or before **January 9, 2006**, an Amended § 2255 Motion, or Voluntary Dismissal, or a Notice that no Amended Motion will be filed. The government shall have until **February 9, 2006**, to file an answer or responsive pleading.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 12, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CR\A03-109-02 CR (RRB) Rivera 2255 @245A MO Re Mtn for Atty.wpd