IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LODGED
DEC 20 2005

FILED
DEC 21 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

USA,
    Plaintiff,

vs.

MARCO RIVERA,
    Defendant.

Case No. A03-109 CR (RRB/JDR)

**ORDER**

The court having considered Defendant's Motion for Extension of Time, opposition and any reply having been filed:

It is hereby Ordered, Adjudged and Decreed that the motion is granted. Defendant's amended 2255 shall be filed by 2/9/06. The governments brief will be due 30 days form then.

Dated this 21, day of December, 2005.

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

A03-0109--CR (RRB)    om 12-21-05
-----------------------------------
L. WELLS
J. BOTTINI (US ATTY)

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

I certify that on 20th day of Dec 05, a true and [correct copy of the] foregoing was served by courier on Bottini

Motion for Extension of Time      5      255