Lance Christian Wells
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|      Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARCO A. RIVERA, | ) |
|      Defendant. | ) |
| _____) | **Case No.  A03-0109 CR (RRB)** |

## NON-OPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW LANCE C. WELLS, counsel of record for Petitioner Marco A. Rivera named above and hereby files this non-opposed motion an extension of time until March9, 2006, in which to file either his client's Amended Sec. 2255 or a notice that one will not be filed and to dismiss the matter.

On 2/9/06, undersigned counsel spoke with AUSA Joseph Bottini by telephone who non-opposed the filing of this motion as counsel for Rivera is still in the process of reviewing several thousand pages of documentation as well as court various court hearings.

A proposed order is attached hereto for this court's signature.

1

Dated this 9th day of  February, 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Marco Riverra
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,                                                    ) | |
|      Plaintiff,                              ) | |
|                                                              ) | |
| vs.                                                       ) | |
|                                                              ) | |
| MARCO A. RIVERA,                          ) | |
|      Defendant.                          ) | |
| _____)  | **Case No.  A03-0109 CR (RRB)** |

### [PROPOSED] ORDER

Good cause having been shown and the court having considered Mr. Rivera's non-opposed motion for an extension of time until 3/9/06 it is hereby ordered the Amended Sec. 2255 shall be filed by 3/9/06.

Dated: _____          _____

                              US District Court Judge

**Certificate of Service**

That on the 9th day of Feb. 2006, a copy of this non-opposed motion was served by electronic filing upon Mr. Joseph Bottini, AUSA.

By: s/LC Wells, Esq.