IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,                       )<br>    Plaintiff,            )<br>                            )<br>vs.                         )<br>                            )<br>MARCO A. RIVERA,            )<br>    Defendant.            )<br>_____)  | **Case No.  A03-0109 CR (RRB)** |

### [PROPOSED] ORDER

Good cause having been shown and the court having considered Mr. Rivera's non-opposed motion for an extension of time until 3/9/06, it is hereby ordered that the Amended Sec. 2255 if any shall be filed by 3/9/06.

Dated: _____        _____
                    US District Court Judge

**Certificate of Service**

That on the 9th day of February, 2006, a copy of this document was served by electronic filing upon Mr. Joseph Bottinim AUSA and Meredith Ahearn, Esq.

By: s/LC Wells, Esq.