IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, <br>     Plaintiff, <br><br> vs. <br><br> MARCO A. RIVERA, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. A03-0109 CR (RRB) |

### ORDER

Good cause having been shown and the court having considered Mr. Rivera's non-opposed motion for an extension of time until 3/9/06, it is hereby ordered that the Amended Sec. 2255 if any shall be filed by 3/9/06.

Dated: 2/10/06

_____
US District Court Judge

**Certificate of Service**

That on the 9th day of February, 2006, a copy of this document was served by electronic filing upon Mr. Joseph Bottinim AUSA and Meredith Ahearn, Esq.

By: s/LC Wells, Esq.