Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> PLAINTIFF, ) <br> ) <br> Vs. ) <br> ) <br> MARCO RIVERA, ) <br> DEFENDANT. ) <br> _____ ) | Case # A03-109 CR (RRB/JDR) |

[PROPOSED] ORDER

It is so ordered. That 2255 originally filed is hereby dismissed with prejudice.

Dated: 3/18/06    _____
                                US District Court Judge

Rivera Motion to Withdraw Sec. 2255 Application