Marco A. Rivera
14661-006
P.O Drawer 30
Mc Rae, GA 31055

RECEIVED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

02/11/08

United State v. Marco Rivera

Case No. A03-109-02 CR (RRB/JDR)
[3-03-0010]

Amendment Retroactive

On December 11, 2007 the U.S Sentencing Commission voted to make this amendment retroactive.
The effective date of this decision is March 3, 2008. I was sentenced for a crack offence, therefore; I want to know if I may be eligible for a reduction in sentence.
I write directly to the court because I had been looking assistance with appointed lawyer, but I did not receive any responce from him and I do not have source to afford a legal assistance.

Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge.

Attach                February 11, 2008

Marco Rivera
#14661-006
P.O Drawer 30
McRae, GA 31055

MACON GA 310
13 FEB 2008 PM 1 T

United States District Court
District of Alaska
Clerck of court
Federal Building, U.S. Courthouse
222 W. 7th avenue #4
Anchorage, Alaska 99513-7564

USA41