Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCO A. RIVERA,<br><br>Defendant. | NO.  3:03-cr-00109-02-RRB<br><br>**MOTION ON SHORTENED TIME FOR APPOINTMENT OF COUNSEL** |

Marco Rivera asks this court for an order on shortened time appointing counsel in connection with his 18 U.S.C. § 3582(c)(2) motion to reduce sentence.  This court appointed the Federal Defender to represent Mr. Rivera in the original prosecution and he has been in continuous custody since his arrest in this matter.  On information and belief, his financial circumstances have not materially changed.

This motion is submitted pursuant to 18 U.S.C. §§ 3006A and 3582(c)(2) and is based on the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 3rd day of March 2008.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: kevin_mccoy@fd.org

Certification:
I certify that on March 3, 2008,
a copy of the *Motion on Shortened Time for Appointment of Counsel* was served electronically on:

Joseph Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

/s/Kevin F. McCoy