UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARCO A. RIVERA,<br><br>        Defendant. | NO. 3:03-cr-00109-02-RRB<br><br>**PROPOSED ORDER** |

On consideration of the defendant's shortened time request for an order appointing counsel;

IT IS HEREBY ORDERED that the motion is granted. The Federal Defender for the District of Alaska is hereby appointed to represent the defendant in connection with his 18 U.S.C. § 3582(c)(2) motion to reduce sentence.

DATED this _____ day of March 2008, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE