Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCO A. RIVERA,<br><br>    Defendant. | NO.  3:03-cr-00109-02-RRB<br><br>**MOTION ON SHORTENED TIME FOR EXPEDITED CONSIDERATION OF THE DEFENDANT'S MOTION TO REDUCE SENTENCE TO TIME SERVED** |

      Marco Rivera asks this court to order expediting consideration of his motion to reduce his sentence to a time-served sentence.  Expedited consideration is appropriate because proper application of the retroactive cocaine base amendment to the United States Sentencing Guidelines results in a 57-month sentence.  Mr. Rivera's current release date is June 28, 2008.  As a consequence, he has already served more than 57 months and is entitled to immediate release.  Accordingly, he is asking the court and the government to expedite consideration of this motion to reduce sentence.

      This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed here with.

DATED at Anchorage, Alaska this 3rd day of March 2008.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on March 3, 2008,
a copy of the *Motion on Shortened Time for Expedited Consideration of the Defendant's Motion to Reduce Sentence to Time Served* was served electronically on:

Joseph Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

/s/Kevin F. McCoy