**AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. MARCO RIVERA          CASE NO. 3:03-cr-00109-02-RRB
Defendant:  X Not Present  X In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        STEPHAN COLLINS FOR JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:           RICHARD CURTNER FOR KEVIN MCCOY

PROCEEDINGS: RE-SENTENCING (STATUS CONFERENCE - COUNSEL ONLY)
             HELD MARCH 14, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:46 a.m. court convened.

Court and counsel heard re parties agreed upon sentence of time served and joint proposed order.

At 10:57 a.m. court recessed until 11:00 a.m.

Court and counsel heard re parties stipulation that defendant does not need to be present for the re-sentencing; Mr. Curtner waived his client's presence.

Court and counsel heard re Statement of Reasons; court ruled that the Statement of Reasons does not need to be done because the re-sentencing is an administrative matter.

Court and counsel reviewed the Order prepared by the court re the parties stipulation/time served sentence; parties agreed to the proposed Order; Court to file Order. The previously imposed sentence of imprisonment (as reflected in the last judgment) of 70 months is reduced to time served.

Court instructed clerk not to file the Amended Judgment until **March 26, 2008**.

At 11:15 a.m. court adjourned.

OFF RECORD NOTE: Defendant's Motion at Docket 280 **GRANTED**.
*Court instructed clerk to file the Amended Judgment effective **March 14, 2008** so that the defendant may be released on or before March 26, 2008.

DATE:      March 18, 2008        DEPUTY CLERK'S INITIALS:   AMK

Revised 6-18-07