# UNITED STATES DISTRICT COURT
for the

_____ District of Alaska _____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Marco Rivera ) | Case No: 3:03-CR-00109-02-RRB |
| ) | USM No: 14661-006 |
| Date of Previous Judgment: 11/23/2004 ) | F. Richard Curtner |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**RECEIVED**
MAR 1 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  70  months **is reduced to**  time served  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  32            Amended Offense Level:  30
Criminal History Category:  II         Criminal History Category:  II
Previous Guideline Range:  135  to  168  months    Amended Guideline Range:  108  to  135  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  11/23/2004  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  3/14/2008

**SIGNATURE REDACTED**
Judge's signature

Effective Date: 3/26/2008          RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
(if different from order date)          Printed name and title