AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of Alaska _____



MAR 1 8 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Marco Rivera ) | Case No: 3:03-CR-00109-02-RRB |
| ) | USM No: 14661-006 |
| Date of Previous Judgment: 11/23/2004 ) | F. Richard Curtner |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   70   months **is reduced to**   time served   .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 | |
| Criminal History Category: | II | Criminal History Category: | II | |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS




Except as provided above, all provisions of the judgment dated   11/23/2004   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   3/14/2008

**SIGNATURE REDACTED**

Judge's signature

Effective Date: 3/26/2008                              RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
(if different from order date)                                    Printed name and title